PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

C... ...ISTRICT COURT
...THERN DIST. OF TX
FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE _____ DISTRICT OF TEXAS**
**_____ DIVISION**

2020 FEB 19 PM 2:59

8R

Juvrnal Guevuru JR 1907112
Plaintiff's Name and ID Number

Skyview 379 fm 2972 west
Place of Confinement

Genu wine Emergenty
were time is fudule, I am
indigent
CASE NO._____
(Clerk will assign the number)

**3-20CV-0404B**

v.

United States-Congress & Familys
Defendant's Name and Address

Trump & Family-Vicepresedunce family
Defendant's Name and Address

TDCJ emplar, & some emplrs,
Defendant's Name and Address
( DO NOT USE "ET AL.")
Sky vew unt

Junethkenny from wwwTa
Larrey kenny from wwwTa
Gina Rodreges actor,
Burbra Lynn Chief Judge

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?\_\_\_YES\_\_\_NO

    B.  If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: _____

        2.  Parties to previous lawsuit:

           Plaintiff(s) _____

           Defendant(s) _____

        3.  Court: (If federal, name the district; if state, name the county.) _____

        4.  Cause number: _____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition: _____

**Rev. 05/15**

2

II.    PLACE OF PRESENT CONFINEMENT: _____

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?        ___ YES    ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Juvenal Guevara JR   379 fm 2972 Rusk TX

_____

_____

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: United States ( United States Congress)

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

By allowing US Citizens ( Trump [family ( vice President ( findy to try
 kill me ( Been Rapen me,

Defendant #2: TDCJ employer, ( some emplees)

_____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Used their soul bodys to try ( Kill me

Defendant #3: Gina Rodrgez ( actul, try ( Barbra Lynn

_____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

both tryed to Kill me by using t herr soul bodys

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Rev. 05/15

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Now art 1344 if beeing heursaed, intemidudured, sexuly assutcted, attemted to kill, ccoP, 1344 if involved in any kind of torturcing in ung kindof way including using his orher sect body, also have 3 or 4 of my ribs broken yes broken By Peoplr who work at sky view unit, & wile I was at coffield unit Trumpe All his family & some congress, & vice Prasedunt & here families try to kill me wile TDCJ emplces alowced them to try & kill me, & un was taken elcygu bribes, to try & kill me & threaten others & try there brys to keep others away from trying to help so tes I wthant tusue & charge for assemtled murder,

VI.    RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

execept my cex, out of prision, charge & sue for attemted murder, Let them bern to death, not leathul ingection, burn to dreath, for the Def, take a lic detetur test & call my wittness

VII.    GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Juvennd Juve AKA Huahuhuhu frey wucosdest,

B.  List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1907012 I dun't Rimeber the other

VIII.    SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  / NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.   Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied? don't know ____YES ____NO

Rev. 05/15

4

C.  Has any court ever warned or notified you that sanctions could be imposed?  __/__YES ____NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that issued warning (if federal, give the district and division): *Northern & Eastern*

2.  Case number: _____

3.  Approximate date warning was issued: _____

Executed on: _____
               DATE

_____
               (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 _____.
               (Day)                    (month)              (year)

_____
               (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Dear Miss _____ (courtes)
I writing you becuse I'm tired of being a victom, Now as Defleration of Human rights, I have the right to live in safty, now one of the officerss put piss in one of my big coleygues & I got that from the Chapten cuse I'm Indigent, But it had folkner is the one who told me, by his spirit body yes yes he used his spirit body to tell me he's the one who did it, now ~~but i use who~~ also him Lsord, as Capt cutter as 2 ofher sg, L worden Jukson Dees been to torchring me by useing there spirt body's by beating me half to death on - 12-4-19 I was fasting reading a book, L sword officers & foukner beat me with ther spira body and they litterly nocked me ther fuck out, so I told rank people nuses who came in they nocked me out with they spiritbody's & they eghnored me being in safty, as I told Lt yes Lt tolled what the tooth past, & I wrote to mental heath that one of the officess put piss on my tooth past, & he Laugh arutit SO it was Lt tolly, May you please send me to Huges Unit lt's way clooser to were I am from I am from waco Tx, I did singe up for The Diversun program, but they have not yet send me I would love to go to the one at Huges unit, not Hoges Huges Unit Please, and may you also, one more Fever, well since 1st & 14 amendment United states for bids any and all violations, including useing his or her spirt body to Rape, or couese near Death, as I aofte been Rapen me & Om going thru near ther Death 24/7, as useing there spirt bodys to heross, intemidate, cause harm on purpose go Rape to couse near Death they will get Penetulizeover as u US violacion so I would also like for you to can proll yes tell them I'v been going thrve, Now things that R supose

⇒

to happen do not happen especially when people is looking. or conversely. Things that suppose to not happen do happen especially when people is looking,

I Refuse to tolerate no abuse from anyone also on 12-27-14 I had a 00 of ECS officers broke 3 of my ribs I still fill Strangulation hanging on barterity I want to sue Echarge: 190201 for attempted murder look it up Everang Journal it will be on medical recor Skyview orls

SV

SV                    SV-109



Juvenal Guevara JR 1407012
Skyview
379 FM 2972 W
Rusk TX 75785

RECEIVED-3

FEB 19 2020

MAILROOM

Dullas North District courts
1100 commerce St Am 1452
Dullas, TX 75242

Legal
Open Today

75242-131052

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION