UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUVENAL GUEVARA, JR., #1907012, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:20-CV-0404-B-BK |
| | § | |
| UNITED STATES OF AMERICA, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 23rd day of March, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE